Robert W. Payne (Bar No. 073901)
Alan E. Engle (Bar No. 224779)
Nicole A. Smith (Bar No. 243823)
LARIVIERE, GRUBMAN & PAYNE, LLP
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835
rpayne@lgpatlaw.com

Attorneys for Plaintiff

ORIGINAL FILED

NOV 0 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C07 05631 SI

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AUDIOVOX CORPORATION and ) <br> AUDIOVOX ELECTRONICS ) <br> CORPORATION ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. <br><br> CERTIFICATION OF INTERESTED ENTITIES AND PARTIES |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding: No such interest is known other than the

//
//
//
//

CERTIFICATION OF INTERESTED
ENTITIES AND PARTIES            -1-

1 | named parties, their shareholders and counsel in this action.

3 | Dated: November 6, 2007         LARIVIERE, GRUBMAN & PAYNE, LLP

By _____
Robert W. Payne
Attorneys for Plaintiff

CERTIFICATION OF INTERESTED
ENTITIES AND PARTIES                     -2-