1   Robert W. Payne (CA Bar No. 073901)
Alan E. Engle (CA Bar No. 224779)
2   Nicole A. Smith (CA Bar No. 243823)
LaRiviere Grubman & Payne, LLP
3   19 Upper Ragsdale Drive, Suite 200
PO Box 3140
4   Monterey, CA 93942
Voice (831) 649-8800
5   Fax (831) 649-8835
rpayne@lgpatlaw.com
6
7   Attorneys for Plaintiff

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11
MONSTER CABLE PRODUCTS, INC.,              Case No.: 3:07-cv-05631-SI
12
            Plaintiff,                      NOTICE OF DISMISSAL WITHOUT
13                                          PREJUDICE
        vs.
14
AUDIOVOX CORPORATION and
15  AUDIOVOX ELECTRONICS
CORPORATION,
16
            Defendant
17

18

19
        Plaintiff, Monster Cable Products, Inc., pursuant to Fed.R.Civ.P. 41(a)(1), hereby files a
20
notice of dismissal, dismissing all claims in this action WITHOUT PREJUDICE, with each party
21
to bear its own costs, expenses, and attorneys' fees.
22
///
23
///
24
///
25

NOTICE OF DISMISSAL
3:07-cv-05631-SI

1

1

2   Dated this 1st day of February, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Respectfully Submitted,

LARIVIERE GRUBMAN & PAYNE, LLP

_____
Robert W. Payne
19 Upper Ragsdale Drive,
Suite 200
PO Box 3140
Monterey, CA 93942
(831) 649-8800

Attorneys for Plaintiff,
Monster Cable Products, Inc.

NOTICE OF DISMISSAL
3:07-cv-05631-SI

2

1

## CERTIFICATE OF SERVICE

2

I am over 18 years of age and not a party to the within action. My business address

3

is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On February 1, 2008,

4

I served the following document:

5

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

6

7

by placing a true copy thereof enclosed in a sealed envelope and served in the manner

8

described below to the interested parties herein and addressed to:

9

        Audiovox Corporation Headquarters
        150 Marcus Blvd.

10

        Hauppauge, NY 11788

11

        Courtesy copy to:
        Douglas R. Weider

12

        Greenberg Traurig LLP

13

        200 Park Avenue
        Florham Park, NJ 07932

14



  X   **U.S. MAIL**: I caused such envelope(s)to be deposited in the mail at my business

15

        address, with postage thereon fully prepaid, addressed to the addresses(s)
        designated. I am readily familiar with the business' practice of collecting and

16

        processing correspondence to be deposited with the United States Postal Service on

17

        that same day in the ordinary course of business.

18

      **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****,
        I served a copy of the within document on the below parties at the facsimile number

19

        listed. The transmission was reported as complete and without error.

20

  X   **FEDERAL**: I declare that I am employed in the office of a member of the bar of

21

        this court at whose direction the service was made.

22

        Executed on February 1, 2008 at Monterey, California.

23



24

        Ricki Alexander
        Paralegal

25

26

1